UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| REDEEMED CHRISTIAN CHURCH OF ) <br> GOD STRONG TOWER PARISH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUTO-OWNERS INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No.: <br> 0:17-cv-01379-ECT-HB |

## **AFFIDAVIT OF CHRISTINA M. PHILLIPS**

STATE OF ILLINOIS   )
                    ) ss.
COUNTY OF COOK      )

Christina M. Phillips, being first duly sworn, deposes and states as follows:

1. I am a licensed attorney practicing with the firm of Merlin Law Group, 181 West Madison Street, Suite 3475, Chicago, Illinois 60602.

2. I am the attorney of record for Plaintiff, Redeemed Christian Church of God Strong Tower Parish, in the above-captioned matter, having personal knowledge of the matters testified hereto.

3. Attached hereto and marked as **Exhibit 1** is a true and correct copy of Haag Report, produced on or about October 2, 2017.

4. Attached hereto and marked as **Exhibit 2** is a true and correct copy of the deposition of Robert Danielson.

5. Attached hereto and marked as **Exhibit 3** is a true and correct copy of the Certified Copy of the Policy, produced on or about March 22, 2018.

6. Attached hereto and marked as **Exhibit 4** is a true and correct copy of the deposition of Cory Svacina.

7. Attached hereto and marked as **Exhibit 5** is a true and correct copy of the October 14, 2015 Estimate, produced on or about December 4, 2017.

8. Attached hereto and marked as **Exhibit 6** is a true and correct copy of the November 17, 2015 Report, produced on or about December 4, 2017.

9. Attached hereto and marked as **Exhibit 7** is a true and correct copy of the April 29, 2016 check, produced on or about October 2, 2017.

10. Attached hereto and marked as **Exhibit 8** is a true and correct copy of the April 12, 2016 report, produced on or about December 4, 2017.

11. Attached hereto and marked as **Exhibit 9** is a true and correct copy of the September 30, 2016 email, produced on or about October 2, 2017.

12. Attached hereto and marked as **Exhibit 10** is a true and correct copy of the October 6, 2016 letter, produced on or about October 2, 2017.

13. Attached hereto and marked as **Exhibit 11** is a true and correct copy of the RedLine bid, produced on or about October 2, 2017.

14. Attached hereto and marked as **Exhibit 12** is a true and correct copy of Greg Phillips' report, produced on or about June 1, 2018.

FURTHER AFFIANT SAYETH NAUGHT

*[Signature]*
Christina M. Phillips
(MN License No. 0352378)

Subscribed and sworn to before me this
1st day of October, 2018.

*[Signature]*
Notary Public

MELISSA REACH
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 22, 2019